B6A (Official Form 6A) (12/07)

In re **Douglas Scott Whaley,**            Case No. **3:08-bk-35841**
     **Connie Louise Whaley**
                                                    Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Land Contract - 46.56 acres located in Paint Rock/Annadell area in Scott County, TN [Seller Kathy Adkins]. Purchase price was used for value. Contract is in dispute and subject of recent Scott County Chancery Court lawsuit [Case No. 9957].** | **Land Contract** | **J** | **37,500.00** | **0.00** |

                                                                        Sub-Total >    **37,500.00**    (Total of this page)

                                                                           Total >    **37,500.00**

  **0**  continuation sheets attached to the Schedule of Real Property                 (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

In re   **Douglas Scott Whaley,**
       **Connie Louise Whaley**                                   ,

Case No.   **3:08-bk-35841**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kathy Adkins**<br>**c/o Attorney Max Huff**<br>**199 Litton Rd.**<br>**Oneida, TN 37841** | **Land Contract - 46.56 acres located in Paint Rock/Annadell area of Scott County, TN. Contract is in dispute and subject of recent Scott County Chancery Court lawsuit [Case No. 9957].** |

   **0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOUGLAS S. WHALEY and | ) | NO: 08-35841 |
| CONNIE L. WHALEY | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO
AMENDED SCHEDULES A & G**

We, Douglas & Connie Whaley, declare under penalty of perjury that we have read the above Amendments, and the matters stated therein are true and correct to the best of our knowledge, information and belief.

**DATED: 7/28/09**                       **/s/DOUGLAS S. WHALEY**

**DATED: 7/28/09**                       **/s/CONNIE L. WHALEY**

**DATED: 7/28/09**                       **/s/JOHN P. NEWTON/s/RICHARD M. MAYER**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing Amendments have been forwarded to the following by U.S. Mail and/or ECF on today's date.

| | |
|---|---|
| Patricia Foster (ECF) | Michael Fitzpatrick |
| Attorney for Trustee | Chapter 7 Trustee |

Kathy Adkins
c/o Attorney Max Huff
199 Litton Rd.
Oneida, TN 37841

                                                     **/s/John P. Newton, Jr., #010817**
                                                     **/s/Richard M. Mayer, #5534**
                                                     1111 Northshore Drive, Suite S-570
                                                     Knoxville, TN  37919
                                                     (865) 588-5111
                                                     richardmayer@richardmayer.com

**DATED: 8/17/09**