**SO ORDERED.**

**SIGNED this 29 day of October, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

*IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE*

IN RE:

        **DOUGLASS SCOTT WHALEY,**          Case No. **08-35841**
        **CONNIE LOUISE WHALEY,**          Chapter 7

        Debtors.

## ORDER ALLOWING COMPROMISE OF DISPUTE

Michael H. Fitzpatrick, Trustee, moved the Court for authority to sell to the debtors, the equity in their vehicles for $12,000, and gave notice to creditors and other parties in interest of the compromise. No objections were filed. The Court is therefore of the opinion that the Motion should be granted as follows:

1. That the Trustee be and is hereby allowed to compromise the estate's claim against the debtors for the sum of $12,000.00. The sum will be paid in twelve (12) monthly installments with the first due 30 days after entry of this Order. The debtors will also sign a note,

security agreement, allow the lien to be noted on the title and keep full coverage insurance with the trustee as loss payee until paid in full.

###

APPROVED:

*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
BPR No. 006033
**JENKINS & JENKINS ATTYS., PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 222
mhf@j-jlaw.com

Page 2 of 2

C:\Documents and Settings\LGHarris\My Documents\FILED MOTIONS & ORDERS\Trustee Order on Compromise.WHALEY.08-35841.doc